Contrato de prestación de servicios profesionales independientes que celebran por una parte el **Consulado General de México**, ubicado en 4507 San Jacinto Street, Houston, Texas, 77004, representado por el C. **Norberto Saúl Terrazas Arreola**, Cónsul Encargado, en adelante denominado "**Consulado General**", y por otro lado el Sr. **Gilberto Camacho Jiménez** a quien en lo sucesivo se le denominará como "**El Prestador**", al amparo de las siguientes declaraciones y cláusulas:

-------------------------------------------- **Declaraciones** --------------------------------------------

I.- EL "**Consulado General**" declara que:

I.1.- Requiere de la prestación de los servicios del Sr. **Gilberto Camacho Jiménez**, quien prestará sus servicios durante la vigencia del presente contrato en el **Consulado General de México**, ubicado en **4507 San Jacinto Street, Houston, Texas 77004**.

II.- "El Prestador" declara que:

II.1.- Tiene capacidad para contratar y obligarse en los términos del presente contrato, y que cuenta con la preparación técnica para ello, declarando bajo protesta de decir verdad y para efectos del presente instrumento, el siguiente domicilio: **2138 Pickwick Pine Drive, Humble, Texas 77396**

III.- Las partes manifiestan su voluntad en suscribir el presente contrato de prestación de servicios profesionales independientes, conforme a las siguientes:

-------------------------------------------- **Cláusulas** --------------------------------------------

**Primera.-** "El Prestador" se obliga a prestar sus servicios al "**Consulado General**" como Prestador de Servicios Profesionales Independientes realizando las siguientes actividades: **entrevistando a los usuarios interesados en realizar actos notariales, cotejos y certificados a petición de partes, elaborando los testimonios y escrituras, controlando y registrando los actos notariales y elaborando los informes correspondientes** en el **Consulado General de México**. Asimismo, "La Prestadora" se obliga a coadyuvar en la realización de todas las funciones inherentes al "**Consulado General**".

Cuando por necesidades del "**Consulado General**" se requiera de los servicios de "**El Prestador**" durante los fines de semana, le será cubierta una compensación, la cual no forma parte de los honorarios pactados en el presente contrato ni será considerada como prestación adicional. El pago de esta compensación estará sujeto a la aprobación previa que para el efecto reciba el "**Consulado General**".

**Segunda.-** El "**Consulado General**" se compromete con "El Prestador" a retribuirle por concepto de honorarios por los servicios prestados la cantidad de **$2,100.00 (dos mil cien 00/100 dólares estadounidenses)** la que se liquidará el último día hábil de cada mes. Dicha cantidad no podrá variar durante la vigencia del presente contrato.

**Tercera.-** El presente **contrato tendrá una vigencia del 01 de julio de 2010 al 31 de diciembre de 2010** sin responsabilidad para el "**Consulado General**" de renovarlo o prorrogarlo al término de su vigencia.

EXHIBIT C

**Cuarta.-** Las partes acuerdan considerar como rescisión, cuando durante la vigencia del contrato se dé por terminado anticipadamente a solicitud de una de las partes o por acuerdo de ambas. ----------

**Quinta.-** Las partes acuerdan en que durante la vigencia del presente contrato el "**Consulado General**" podrá rescindirlo en cualquier momento sin ninguna responsabilidad dando aviso por escrito a "El Prestador", con diez días de anticipación, en los siguientes casos: ----------

A) Por concurrir "El Prestador" a prestar sus servicios en estado de ebriedad o bajo la influencia de algún narcótico o droga enervante. ----------

B) Por desobedecer "El Prestador" las instrucciones que le gire el "**Consulado General**" respecto de los servicios que tiene encomendados. ----------

C) Cuando "El Prestador" no se presente al lugar designado para realizar los servicios contratados durante 5 días, en un periodo de 30 días naturales, sin autorización previa y por escrito. ----------

D) Cuando su actitud sea contraria a los intereses del "**Consulado General**". ----------

E) Cuando las acciones o las omisiones de "El Prestador" puedan afectar las funciones del "**Consulado General**". ----------

F) Por ostentarse en la localidad como funcionario o personal del "**Consulado General**", cuando no esté ejerciendo una comisión oficial inherente a los servicios objeto del presente instrumento. ----------

G) Por no guardar absoluta reserva y debido sigilo sobre los asuntos oficiales de los cuales tenga conocimiento. ----------

H) Por engañar "El Prestador" al "**Consulado General**" respecto de su capacidad, actitudes o facultades para la prestación de los servicios por los que fue contratado. ----------

I) Por ocasionar "El Prestador" intencionalmente o por negligencia perjuicios o daños materiales durante la prestación de sus servicios al "**Consulado General**". ----------

J) Por incurrir "El Prestador", durante la prestación de sus servicios en faltas de probidad, faltas de honradez, actos de violencia, amago, injurias, amenazas o malos tratos en contra del "**Consulado General**" o de su personal. ----------

K) Por cometer "El Prestador" actos inmorales en el lugar donde presta sus servicios. ----------

L) Por prestar servicios a persona o institución distinta del "**Consulado General**", sin la previa y expresa autorización del titular del mismo. ----------

M) Por incumplir cualquiera de las obligaciones previstas en el presente contrato. ----------

**Sexta.-** Cuando por cualquier motivo se cierre el "**Consulado General**", se rescindirá el contrato automáticamente, sin responsabilidad para éste. ----------

**Séptima.-** En todos los casos "El Prestador" deberá entregar al "**Consulado General**" un informe detallado de sus actividades que consisten en: **entrevistando a los usuarios**



interesados en realizar actos notariales, cotejos y certificados a petición de partes, elaborando los testimonios y escrituras, controlando y registrando los actos notariales y elaborando los informes correspondientes, y devolver el mobiliario y/o equipo que le haya sido entregado para el desempeño de sus servicios.

**Octava.-** El "**Consulado General**" se obliga con "**El Prestador**" a:

**A)** Cubrirle los honorarios en la forma y términos pactados.

**B)** Incorporarlo al seguro de vida y gastos médicos únicamente durante el tiempo de vigencia del presente contrato.

**C)** Darle un trato amable y respetuoso.

**D)** Otorgarle en el mes de Diciembre, una gratificación anual equivalente a un mes de percepciones ó la parte proporcional de acuerdo al tiempo de prestación de servicios del presente contrato.

**Novena.-** El "**Consulado General**" liberará de sus obligaciones a "El Prestador" por lapsos de una duración total de quince días naturales que, previa autorización del "**Consulado General**", podrán ser disfrutados durante la vigencia del presente contrato, en un período.

**Décima-** "El Prestador" se obliga con el "**Consulado General**" a:

**A)** Prestar los servicios contratados en la forma y términos establecidos y desarrollar los mismos en las mejores condiciones de eficiencia, calidad y seguridad.

**B)** Realizar el servicio encomendado asistiendo a las oficinas que ocupa el **Consulado General de México** a las ocho horas, permaneciendo hasta las diecisiete horas, prestando sus servicios durante ocho horas diarias en total, por lo que podrá permanecer en la sede designada nueve horas al incluir una hora para comer; durante los días de la semana que se le indiquen, mismos que no excederán de cinco días por semana, durante la vigencia del presente contrato.

**C)** Auxiliar al "**Consulado General**" conforme a las necesidades de la oficina, en todos aquellos servicios que se le encomienden por instrucción de sus superiores, afines al presente instrumento, incluyendo el apoyo en la realización de labores de : **entrevistando a los usuarios interesados en realizar actos notariales, cotejos y certificados a petición de partes, elaborando los testimonios y escrituras, controlando y registrando los actos notariales y elaborando los informes correspondientes**, cualquier día de la semana.

**D)** Obedecer las leyes locales, observar una conducta honesta y honorable dentro del "**Consulado General**", y no demeritar con su conducta la imagen de los mismos.

**E)** Guardar absoluta reserva y debido sigilo sobre los asuntos oficiales de los cuales tenga conocimiento, esta obligación subsistirá aun después de haber dejado de prestar sus servicios al "**Consulado General**".

**F)** Hacer buen uso de los fondos, valores, bienes, documentos y en general utensilios y material que le hubieren sido facilitados para el desempeño de sus servicios.

G) Entregar al funcionario ...petente del "Consulado Gener...", los fondos, valores, bienes, documentos y en general utensilios para el desarrollo de sus servicios, cuando termine de prestar los mismos. ---------

H) No prestar servicios a persona o institución distinta del "Consulado General", sin la previa y expresa autorización del titular de la misma. La autorización no podrá ser concedida cuando exista incompatibilidad, si los servicios fueran contrarios a los intereses del Gobierno de México. ---------

I) Mantener una actitud acorde a los intereses del "Consulado General". ---------

J) No ostentarse como funcionario o personal del "Consulado General", en virtud del carácter con el que presta sus servicios. ---------

K) "El Prestador" se obliga a cubrir ante las autoridades competentes del país en el que presta sus servicios cualquier impuesto o gravamen que genere el presente contrato, sin ninguna responsabilidad para el "Consulado General". ---------

**Undécima.-** Tanto el "Consulado General" como "El Prestador" convienen en que para todo lo no previsto en este contrato, serán aplicables las disposiciones legales del estado de Texas en los Estados Unidos de América y en caso de conflicto o controversia suscitado con motivo de la interpretación o aplicación del presente contrato, serán las autoridades de la localidad las competentes para resolver el mismo, sin que ello constituya renuncia a las inmunidades diplomáticas de las cuales goce el estado mexicano y el "Consulado General". ---------

Leído que fue el presente contrato por las partes, e impuestas de su contenido y fuerza legal, lo firman por triplicado, en la ciudad de Houston, Texas, Estados Unidos de América, el 29 de junio de 2010. ---------



El prestador	Por el "Consulado General"

Gilberto Camacho Jiménez	Norberto Saúl Terrazas Arreola

Testigos

Arturo Aguilar Jiménez	Hector Jaime Negrete Domínguez

## *RECIBO DE FINIQUITO*

Houston, Texas, E.U.A. a 16 de diciembre de 2009.

Me permito hacer constar para los efectos legales a que haya lugar, que durante el tiempo que laboré para el Consulado General de México en Houston, Texas, E.U.A. siempre se me cubrió mi salario conforme a la Ley, asimismo manifiesto que no sufrí ninguna enfermedad profesional ni accidente de trabajo.

Dado lo anterior, no me reservo acción o derecho alguno que ejercer en contra del Gobierno de México, la Secretaría de Relaciones Exteriores o el Consulado General de México en Houston, Texas, E.U.A., por lo que otorgo el presente finiquito, constituyéndose este, como el más amplio que en derecho proceda a favor de las mencionadas entidades.

_____
GILBERTO CAMACHO JIMENEZ